# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5045
_____

TREVOR EWELL THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

November 6, 2018

PER CURIAM.

We affirm the revocation of Appellant's probation and his resulting sentence without discussion, but we remand for entry of a corrected revocation order that conforms to the trial court's oral pronouncement that Appellant committed one violation (not two) of condition 3, one violation of condition 7, and two violations (not six) of condition 5. Appellant need not be present.

AFFIRMED and REMANDED with instructions.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Tabitha Herrera and Kaitlin Weiss, Assistant Attorneys General, Tallahassee, for Appellee.